IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE WILLIAMS, as<br>Administrator ad Litem for the Estate<br>Of Sylvainus Cole, III, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br>CORECIVIC, INC., ALEXIE PRUITT,<br>CHERTERICA NEAL and JOHN DOES,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:24-cv-01074 |

**RULE 26(f) REPORT**

1. Pursuant to Fed. R. Civ. P. 26(f), Leanne Thorne, Luke A. Evans, and James Bryan Moseley, counsel for plaintiff, and Nathan D. Tilly, counsel for defendants, conferred regarding the issues set forth below.

2. **Initial Disclosures**. The parties will complete by **SEPTEMBER 26, 2024**, the initial disclosures required by Rule 26(a)(1) of the FEDERAL RULES OF CIVIL PROCEDURE.

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

(a)  Discovery will be needed on these subjects:

   1.  Liability;
   2.  Causation;
   3.  Damages; and
   4.  Defendants' Affirmative Defenses.

(b)  The disclosure or discovery of electronically stored information is not anticipated to be an issue in this case. To the extent that disclosure or discovery of electronic stored information does become an issue, the parties will meet to confer over the proper handling of same and will supplement

1

this Discovery Plan accordingly.

(c) The parties agree that claims of privilege or of protection as trial preparation material, including procedures to assert said claims after production, will be governed by the procedures outlined in Rule 26(b)(5) of the FEDERAL RULES OF CIVIL PROCEDURE.

(d) Dates for commencing and completing discovery, including discovery to be commenced or completed before other discovery is as follows:

COMPLETING ALL DISCOVERY AS FOLLOWS: **July 14, 2025**

WRITTEN DISCOVERY: **June 13, 2025**

FACT DISCOVERY DEPOSITIONS: **July 14, 2025**

EXPERT DISCLOSURES (Rule 26):

    (i) Plaintiff's Rule 26 Experts: **May 12, 2025**

    (ii) Defendants' Rule 26 Experts: **June 13, 2025**

    (iii) Supplementation under Rule 26: **July 14, 2025**

EXPERT WITNESS DEPOSITIONS: **July 14, 2025**

(e) Maximum number of interrogatories by each party to another party shall not exceed 25 with response to said interrogatories being due 30 days after service of same.

(f) The maximum number of requests for admissions by each party to another party shall not exceed 25 with responses to said request for admissions being due 30 days after service of same.

(g) The maximum number of depositions for each party not including Rule 26 designated Experts shall be 15, unless additional depositions are agreed to in writing by the parties.

(h) The length of any individual deposition shall not exceed 7 hours in deposition time unless an extension is agreed to in writing by the parties.

    4. **Other Items:**

(a) Final dates for parties to amend pleadings or join parties: **November 11, 2024**

(b)     Final dates to file dispositive motions: **August 13, 2025**

(c)     State the prospects for settlement: **At the conclusion of discovery**.

(d)     Identify any alternative dispute resolution procedure that may enhance settlement prospects: The parties will participate in the court required ADR pursuant to Rule 4.3(a) by **December 5, 2024**. Pursuant to ADR Plan Rule 5.4(c), the parties will stipulate to the selection of a mediator by **September 26, 2024**.

(e)     Final dates for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition and exhibit lists:

    (i)     Plaintiff: To be done in accordance with the trial judge's notice of trial setting.

    (ii)     Defendants: To be done in accordance with the trial judge's notice of trial setting.

(f)     Final dates to file objections under Rule 26(a)(3):

    (i)     Plaintiff: To be done in accordance with the trial judge's notice of trial setting.

    (ii)     Defendants: To be done in accordance with the trial judge's notice of trial setting.

(g)     Suggested trial date and estimate of trial length:

    (i)     Suggested Trial Date: At the convenience of the Court.

    (ii)     Estimated Trial Length: 3-4 days

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By: s/Nathan D. Tilly
Nathan D. Tilly (#031318)
Ansley L. McLellan (#041390)
*Attorneys for Defendants*
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 – Telephone
(731) 668-7163 – Facsimile
ntilly@pgtfirm.com
amclellan@pgtfirm.com


MOSELEY & MOSELEY

By: s/James Bryan Moseley (w/permission)
James Bryan Moseley (#021236)
*Attorneys for Plaintiff*
237 Castlewood Drive, Ste. D
Murfreesboro, TN  37129
bryan.moseley@moseleylawfirm.com


Leanne Thorne (#023481)
*Attorney for Plaintiff*
P.O. Box 262
Lexington, TN 38351
thornelaw@hotmail.com


Luke A. Evans (#023620)
Evans Bullock & Parker PLLC
*Attorneys for Plaintiff*
302 N. Springs Street
P.O. Box 398
Murfreesboro, TN  37133-0398

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system upon:

Leanne Thorne  
P.O. Box 262  
Lexington, TN  38351

James Bryan Moseley  
237 Castlewood Drive, Ste. D  
Murfreesboro, TN  37129

Luke A. Evans  
Evans Bullock & Parker PLLC  
302 N. Springs Street  
P.O. Box 398  
Murfreesboro, TN  37133-0398

on or before the filing date thereof.

DATE:   This the 29th day of August, 2024.

PENTECOST, GLENN & TILLY, PLLC

By:   s/Nathan D. Tilly  
Nathan D. Tilly